UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE V. REALS,<br>        Plaintiff,<br>   v.<br>SOCIAL SECURITY ADMINISTRATION,<br>        Defendant. | Case No. 14-cv-04243-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on September 19, 2014. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 120 days to complete service of the complaint and summons on Defendant, such that January 20, 2015 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

IT IS HEREBY ORDERED that by no later than May 8, 2015, Plaintiff shall file a response to this order to show and explain why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: April 15, 2015

                                                KANDIS A. WESTMORE<br>                                                United States Magistrate Judge