UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE V. REALS,

    Plaintiff,

    v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 14-cv-04243-KAW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Re: Dkt. No. 8

On April 15, 2015, the court ordered Plaintiff to show cause and explain why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

On April 30, 2015, Plaintiff filed a timely response to the order to show cause stating that she did not realize that she needed to serve the complaint and file a proof of service, and that she was concurrently filing the proof of service. (Dkt. No. 9.)

Accordingly, the April 15, 2015 order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: May 7, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge